```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEVIN JENKINS,                                                  JUDGMENT
                                                                03-CV- 4721 (FB)
                    Petitioner,

    -against-

WILLIAMS PHILLIPS, Superintendent, Green
Haven Correctional Facility,


                    Respondent.
------------------------------------------------------------X
```

A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on April 25, 2005, denying the petition for a writ of habeas corpus; and ordering that a Certificate of Appealability will not issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that a Certificate of Appealability will not issue.


Dated: Brooklyn, New York
       April 25, 2005

                                                ROBERT C. HEINEMANN
                                                Clerk of Court